UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
TYRA TYREL MANLEY,

                Plaintiff,                                         **ORDER**
                                                                        19-CV-4295 (RRM) (LB)
        -against-

ACHIEVE CARD,

                Defendant.
-----------------------------------------------------x
ROSLYNN R. MAUSKOPF, United States District Judge:

       In an Order to Show Cause dated November 18, 2019, the Court directed *pro se* plaintiff Tyra Tyrel Manley to show cause why this action should not be dismissed for lack of subject-matter jurisdiction. That Order gave Manley 30 days in which to submit a writing 1) explaining why she believed that recovery in excess of $75,000 was reasonably possible or 2) identifying a federal statute of provision of the United States Constitution that was at issue in the case, and warned: "If Manley fails to do either within the time allowed, this action will be dismissed for lack of subject-matter jurisdiction." (11/18/2019 Order (Doc. No. 7) at 7.)

       The Clerk of Court mailed the Order to Manley on November 21, 2019. To date, Manley has not filed a response or requested an extension of time in which to do so. Accordingly, it is

       ORDERED that for the reasons stated in the 11/18/2019 Order, this action is dismissed for lack of subject-matter jurisdiction pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States,* 269 U.S. 438, 444–45 (1962). It is further

ORDERED that the Clerk of Court enter judgment in favor of defendant Achieve Card, mail a copy of the judgment and this Order to plaintiff, note the mailing on the docket sheet, and close this case.

SO ORDERED.

Dated: Brooklyn, New York
       January 14, 2020

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge